IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

ROUND ROCK RESEARCH, LLC,               )
                                        )
                        Plaintiff,      )
                                        )
        v.                              )       C.A. No. 11-1239-RGA
                                        )
DOLE FOOD COMPANY, INC.,                )
                                        )
                        Defendant.      )

## MOTION TO STAY PENDING REEXAMINATION OF THE PATENTS IN SUIT

Defendant Dole Foods Company, Inc. ("Dole") respectfully requests that this Court stay

the above-captioned case pending final resolution of a related United States Patent and

Trademark reexamination ("PTO") proceeding. The grounds for this motion are set forth in

Defendants concurrently-filed opening brief in support of the motion, and the exhibits thereto.

SHAW KELLER LLP


/s/ John W. Shaw
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
OF COUNSEL:                             300 Delaware Avenue, Suite 1120
David C. Doyle                          Wilmington, DE  19801
Brian M. Kramer                         (302) 298-0700
Pamela McElroy                          jshaw@shawkeller.com
MORRISON & FOERSTER LLP                 kkeller@shawkeller.com
12531 High Bluff Drive
Suite 100
San Diego, CA 92130                     *Attorneys for Defendant*
(858) 314-5415

Dated: February 21, 2012